UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ESTATE OF DELFIN AND JULIA VENOYA, et al., | Case No.  23-mc-80026-VC |
| Plaintiffs, | |
| v. | **ORDER RE PRE-FILING REVIEW** |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

The request for permission to file the complaint is denied.  *See, e.g.*, *Al-Zaghari et al v. Al-Zaghari et al,* No. C 01-02870 MHP, (N.D. Cal.  August 15, 2001). The Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: February 2, 2023

_____

VINCE CHHABRIA
United States District Judge